# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001725120
Search Results: Displaying 1 of 1 entries



*Sexual Obsession.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001725120 / 2011-03-25 |
| **Application Title:** | Sexual Obsession. |
| **Title:** | Sexual Obsession. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Heartbreaker Films. Address: 26873 Sierra Hwy, #141, Santa Clarita, CA, 91321, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-03-14 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Heartbreaker Films, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Heartbreaker Films |





---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page