UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
|         Plaintiff, | : |
| v. | : |
| | : |
| FREDERICK C. HIGHFIELD | : |
|         Defendant. | : |
| | : |
| | : |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the defendant in this case has neither filed an answer to Plaintiff's Complaint, nor any other responsive pleading. Therefore, respectfully, Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff prays that the Court enter a judgment reflecting the above.

                                                      Respectfully Submitted,

                                                      Plaintiff,
                                                      By its attorneys,

DATED: March 29, 2013

                                      By:    /s/ Daniel G. Ruggiero

                                                    Daniel G. Ruggiero, Esq.
                                                    P.O. Box 291
                                                    Canton, MA 02021
                                                    Telephone: (339) 237-0343
                                                    Fax: (339) 707-2808

                                                    *Attorney for Plaintiff*

Case 1:12-cv-06033-JEI-AMD   Document 9   Filed 03/29/13   Page 2 of 2 PageID: 34